**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:
ANGELA A. VICHOT                              Case No. 14-21934-JKO
                                              Chapter 7

      Debtor(s)
_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on 10/10/16. If checks are not cashed within 90 days by the creditors, all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

      /s/ Kenneth A. Welt
      Kenneth A. Welt, Chapter 7 Trustee
      1776 N. Pine Island Rd.
      Ste. 101
      Plantation, FL 33322
      Telephone: (954) 916-1560

## CLAIMS DISTRIBUTION REGISTER

CASE: 14-21934-JKO    VICHOT, ANGELA A.

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| TTEEF | 06/14/2016 | Kenneth A. Welt<br>1776 N. Pine Island Rd.<br>Ste. 101<br>Plantation , FL 33322 | 2100-000 | $20,350.00 | $20,350.00 | $1,500.00 | $.00 | $.00 |
| | | **NOTES:** | | | | | | |
| **Percent Paid:** | | | 7.37% | | | | | |
| **Total for Trustee Compensation** | | | | **$20,350.00** | **$20,350.00** | **$1,500.00** | **$0.00** | **$0.00** |
| **Trustee Expenses** | | | | | | | | |
| TTEEX | 05/16/2016 | Kenneth A. Welt<br>1776 N. Pine Island Rd.<br>Ste. 101<br>Plantation , FL 33322 | 2200-000 | $40.35 | $40.35 | $40.35 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Expenses** | | | | **$40.35** | **$40.35** | **$40.35** | **$0.00** | **$0.00** |
| **Attorney for Trustee Fees (Other Firm)** | | | | | | | | |
| ATYF | 08/10/2016 | GEORGE W CASTRATARO, ESQ<br>707 NE 3 AVE 3 FLOOR<br>FORT LAUDERDALE , FL 33304 | 3210-000 | $2,400.00 | $2,400.00 | $2,400.00 | $.00 | $.00 |
| | | **NOTES:** ECF #51 dated 6/17/16 Order to EmployECF #52 dated 8/9/16 Final Fee Application | | | | | | |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | **$2,400.00** | **$2,400.00** | **$2,400.00** | **$0.00** | **$0.00** |
| **Attorney for Trustee Expenses (Other Firm)** | | | | | | | | |
| ATYEX | 08/10/2016 | GEORGE W CASTRATARO, ESQ<br>707 NE 3 AVE 3 FLOOR<br>FORT LAUDERDALE , FL 33304 | 3220-000 | $66.94 | $66.94 | $66.94 | $.00 | $.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Expenses (Other Firm)** | | | | **$66.94** | **$66.94** | **$66.94** | **$0.00** | **$0.00** |
| **Accountant for Trustee Fees (Other Firm)** | | | | | | | | |
| ACTF | 06/14/2016 | Anthony Palermo for the Benefit of Ahearn Jasco + Company, PA<br>190 SE 19th Avenue<br>Pompano Beach , FL 33060 | 3410-000 | $1,238.00 | $1,238.00 | $1,238.00 | $.00 | $.00 |
| | | **NOTES:** ECF #47 dated 5/2/16 Order to EmployECF #53 dated 8/10/16 Final Fee Application | | | | | | |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Accountant for Trustee Fees (Other Firm)** | | | | **$1,238.00** | **$1,238.00** | **$1,238.00** | **$0.00** | **$0.00** |
| **General Unsecured Â§ 726(a)(2)** | | | | | | | | |
| 1 | 04/07/2016 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia , PA 19101-7346 | 7100-000 | $55,714.06 | $55,714.06 | $2,066.05 | $53,648.01 | $.00 |
| **Percent Paid:** | | | 3.71% | | | | | |
| **Total for General Unsecured Â§ 726(a)(2)** | | | | **$55,714.06** | **$55,714.06** | **$2,066.05** | **$53,648.01** | **$0.00** |
| **Fines, Penalties Â§ 726(a)(4)** | | | | | | | | |
| 2 | 06/14/2016 | | 7300-000 | $28,143.60 | $28,143.60 | $.00 | $28,143.60 | $.00 |

Internal Revenue Service

| | | | | | |
|---|---|---|---|---|---|
| **Percent Paid:** | 0.00% | | | | |
| **Total for Fines, Penalties § 726(a)(4)** | | $28,143.60 | $28,143.60 | $0.00 | $28,143.60 | $0.00 |
| **Case Totals** | | $107,952.95 | $107,952.95 | $7,311.34 | $81,791.61 | $.00 |